



# MEMORANDUM OPINION

No. 04-11-00123-CV

Richard **SNELL** and Brad Croft, Trustees of Willawall Investments Trust,
Appellants

v.

Jason S. **GADSBY**, Regina Pruwitt-Cambell, Charlotte Marie Bellm, Peter C. Bouxsein, Robert
F. Sigafoos, William E. Marten, Charles Rodney Godwin, Judy Johnson-Kinlaw, Margaret
Francis, and Shavano Rogers Ranch Swim Club, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09853
Honorable Peter Sakai, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  March 30, 2011

MOTION TO DISMISS GRANTED; DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P.
42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the
assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P.
42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM